IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CDD TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 6:13-cv-338 |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| DELL INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff CDD Technologies, LLC. ("Plaintiff") and Defendant and Counterclaim-Plaintiff Dell Inc. ("Dell") announced to the Court that they have settled Plaintiff's claims for relief against Dell asserted in this case. Plaintiff and Dell have therefore requested that the Court dismiss Plaintiff's claims for relief against Dell with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Dell are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**It is SO ORDERED.**

**SIGNED this 3rd day of October, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE